**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| BRELINDA SULLEN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:05-CV-28 (WLS) |
| : | |
| WORTH COUNTY BOARD OF : | |
| EDUCATION, et. al., : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

By the Court's August 2, 2006 Order granting the Parties' Joint Motion for Extension of Time to Complete Discovery (Doc. 22), discovery in this matter was extended through, and including, **Thursday, August 31, 2006**, for the sole purpose of taking Mr. Willie Daniels' deposition. (Doc. 24). Upon the telephone request of Defendant's counsel for further clarification, the Court further **ORDERS** that the deadline by which the parties may file dispositive motions is extended through, and including, **Monday, October 2, 2006**.

**SO ORDERED**, this __4th__ day of August, 2006, *Nunc pro tunc*, July 31, 2006.

    /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**